PHILLIP A. TALBERT
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

MAR 0 1 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Searches of Relating to John Crosby, Ines Crosby, and Leslie Lohse | CASE NOS.  3:15-SW-0015 CMK<br>3:15-SW-0016 CMK<br>2:15-SW-0325 EFB<br><br>[PROPOSED] ORDER UNSEALING SEARCH WARRANTS |

The Court hereby orders that the search warrants, supporting affidavits, and applications in Case Nos. 3:15-SW-0015 CMK, 3:15-SW-0016 CMK, and 2:15-SW-0325 EFB, as well as the Petitions to Seal, and the Orders sealing these documents, shall be unsealed and made part of the public record

IT IS SO ORDERED.

Dated: 3/1/2017

_____
HON. CAROLYN K. DELANEY
U.S. MAGISTRATE JUDGE